USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1346 MARK R. MERRIFIELD, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Mark R. Merrifield on brief pro se. __________________ Scott Harshbarger, Attorney General, and William J. Meade, ___________________ __________________ Assistant Attorney General, Criminal Bureau, on Motion for Summary Affirmance. ____________________ November 19, 1997 ____________________ Per Curiam. Appellant Mark Merrifield appeals from __________ the district court's dismissal of his in forma pauperis suit. Under 28 U.S.C. 1915(e)(2)(B), a district court is authorized to dismiss an in forma pauperis action "at any time" if it is frivolous or malicious, fails to state a claim for relief, or seeks money damages against immune defendants. We affirm dismissal of the instant action, essentially for the reasons given by the district court in its orders dated January 23 and February 21, 1997, and by appellees in their motion for summary affirmance. Affirmed. See Loc. R. 27.1. ____________________________ -2-